IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

IN RE:                )
                      )
TASHAUN ANDERSON      )     Case No:  08-22658
                      )     Chapter 7
                      )

**NOTICE OF DEPOSIT OF LESS THAN $5.00 TO THE UNITED
STATES BANKRUPTCY COURT CLERK'S REGISTRY CHECKING ACCOUNT**

TO:  THE HONORABLE J. PHILIP KLINGEBERGER:

Comes now Kenneth A. Manning, Trustee and applies to the Court as follows:

1. I am Trustee for the estate of the above-named Debtor(s).

2. Pursuant to FRBP 3011, the following creditors are entitled to distribution of less than $5.00 each.

| | |
|---|---|
| Claim 8 – Asset Acceptance, PO box 2036, Warren, MI 48090 | $2.21 |
| Claim 11 – Figi's Inc., Attn: Recovery Operations, 3200 S. Maple Ave. Marshfield, WI 54449 | $1.63 |
| Claim 17 – The Swiss Colony, c/o Creditors Bankruptcy Service, PO Box 740933, Dallas, TX 75374 | $2.09 |

3. Pursuant to FRBP 3010, the distributions shown in paragraph 2 are to be treated in the same manner as unclaimed funds, as provided for in U.S.C. §347.

4. Trustee believes it appropriate that the sum(s) set forth in paragraph 2 be paid to the U.S. Bankruptcy Court Clerk's Registry Checking Account for the use and benefit of the parties set forth therein and accordingly I am tendering herewith my Check No. 128 in amount of $5.93 payable to the Clerk, U.S. Bankruptcy Court.

Dated: March 15, 2011                /s/ Kenneth A. Manning
                                     Kenneth A. Manning, Trustee
                                     200 Monticello Drive
                                     Dyer, Indiana 46311
                                     (219) 865-8376

**CERTIFICATE OF SERVICE**

I, hereby certify that on March 15, 2011, a true and complete copy of the above document was served by:

Electronic Notice on:
United States Trustee – usregion10soecf@usdoj.gov
Attorney Jeffrey Best - jdbestoffice@att.net

Regular Mail to:
TaShaun Anderson, c/o Sharon Anderson, 940 Kenwood Street, Apt. 707, Hammond, IN 46323
Asset Acceptance, PO box 2036, Warren, MI 48090
Figi's Inc., Attn: Recovery Operations, 3200 S. Maple Ave., Marshfield, WI 54449
The Swiss Colony, c/o Creditors Bankruptcy Service, PO Box 740933, Dallas, TX 75374

                                     /s/Kenneth A. Manning, Trustee
                                     Kenneth A. Manning, Trustee